| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sandra E Duran** | Social Security number or ITIN **xxx−xx−3912** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | | |
| Case number:  **13−34181−ABA** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sandra E Duran
aka Sandra E Rodriguez

3/13/17                                                    **By the court:**    Andrew B. Altenburg Jr.
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-34181-ABA
Sandra E Duran                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3              Date Rcvd: Mar 13, 2017
                              Form ID: 3180W             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db         +Sandra E Duran,   2929 London Ln,   Vineland, NJ 08361-7528
cr         +Freedom Mortgage Corporation,   Attention: Bankruptcy Department,   10500 Kincaid Drive,
             Fishers, IN 46037-9764
514421291  +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514329974   Best Buy,   P.O. Box 71106,   Charlotte, NJ 28272-1106
514329975   Bill Me Later,   P.O. Box 105658,   Atlanta, GA 30348-5658
514329976   Boscovs,   P.O Box 71106,   Charlotto, NC 28272-1106
514533291  +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
514329989  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2676)
514329977  +Cabela's Club,   P.O Box 82519,   Lincoln, NE 68501-2519
514329979  +Celar Federal Savings,   425 Phillips Blvd,   Ewing, NJ 08618-1430
516346957  +Freedom Mortgage Corporation,   Attention: Cash Management,   10500 Kincaid Drive,
             Fishers, IN 46037-9764
516346958  +Freedom Mortgage Corporation,   Attention: Cash Management,   10500 Kincaid Drive,
             Fishers, IN 46037,   Freedom Mortgage Corporation,   Attention: Cash Management 46037-9764
514329988   Gulf,   P.O. Box 1337,   Philadelphia, PA 19101-3337
514559575  +HomeBridge Financial Services,   Cenlar, FSB,   Attn: Payment Processing,
             425 Phillips Boulevard,   Ewing, NJ 08618-1430
514329997  +Susquehanna Bank,   1748 South Lincoln Ave,   Vineland, NJ 08361-6643
514330001   Vivint Inc,   62992 Collection Drive,   Chicago, IL 60693-0629
514538607   WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
514330003   Zales,   P. O. Box,   Columbus, OH 53218-3015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2017 23:49:40    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2017 23:49:36    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514329971   EDI: AMEREXPR.COM Mar 13 2017 23:08:00    American Express,   P.O. Box 1270,
             Newark, NJ 07101-1270
514454580   EDI: BECKLEE.COM Mar 13 2017 23:08:00    American Express Centurion Bank,
             c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
514329972   EDI: BANKAMER.COM Mar 13 2017 23:08:00    Bank Of America,   P.O. Box 982235,
             El Paso, TX 79998
514329973  +EDI: TSYS2.COM Mar 13 2017 23:08:00    Barclays Bank Delaware,   P.O. Box 8803,
             Wilmington, DE 19899-8803
514329978   EDI: CAPITALONE.COM Mar 13 2017 23:08:00    Capital One Bank USA,   P.O. Box 71083,
             Charlotte, NC 28272-1083
514471571   EDI: BL-BECKET.COM Mar 13 2017 23:13:00    Capital One, N.A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
514329980   EDI: CHASE.COM Mar 13 2017 23:13:00    Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
514329981  +EDI: CITICORP.COM Mar 13 2017 23:08:00    Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
514526314  +EDI: CITICORP.COM Mar 13 2017 23:08:00    Citibank, N.A.,   701 East 60th Street North,
             Sioux Falls, SD 57104-0493
514329982   EDI: DISCOVER.COM Mar 13 2017 23:08:00    Discover,   P.O. Box 71084,
             Charlortte, NC 28272-1084
514340177   EDI: DISCOVER.COM Mar 13 2017 23:08:00    Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH 43054-3025
514329983   EDI: RMSC.COM Mar 13 2017 23:08:00    Ge Capital Retail Bank/Dicks,   P.O. Box960012,
             Orlando, FL 32896-0012
514329984   EDI: RMSC.COM Mar 13 2017 23:08:00    Ge Capital Retail Bank/JCP,   P.O Box 960090,
             Orlando, FL 32896-0090
514329985  +EDI: RMSC.COM Mar 13 2017 23:08:00    Ge Capital Retail Bank/Paypal,   P.O. Box 960080,
             Orlando, FL 32896-0080
514329986   EDI: RMSC.COM Mar 13 2017 23:08:00    Ge Capital Retail Bank/Sony Financial,   P.O. Box 960061,
             Orlando, FL 32896-0061
514329987   EDI: RMSC.COM Mar 13 2017 23:08:00    Ge Capital Retail Bank/TJX Rewards,   P.O. Box 530948,
             Atlanta, GA 30353-0948
515855452   E-mail/Text: Bankruptcy@homebridge.com Mar 13 2017 23:50:35
             HomeBridge Financial Services, Inc.,   P.O.Box 100051,   Kennesaw, GA 30156-9202,
             HomeBridge Financial Services, Inc.,   P.O.Box 100051,   Kennesaw, GA 30156-9202
515855451   E-mail/Text: Bankruptcy@homebridge.com Mar 13 2017 23:50:35
             HomeBridge Financial Services, Inc.,   P.O.Box 100051,   Kennesaw, GA 30156-9202
514329990   E-mail/Text: ebnsterling@weltman.com Mar 13 2017 23:49:23    Kay Jewelers,   P.O. Box 740425,
             Cincinnati, OH 45274-0425
514329991  +EDI: CBSKOHLS.COM Mar 13 2017 23:08:00    Kohls,   P.O. Box 2983,   Milwaukee, WI 53201-2983
516462418   EDI: RESURGENT.COM Mar 13 2017 23:13:00    LVNV Funding LLC, C/O Resurgent Capital Services,
             P.O. Box 10587,   Greenville, SC 29603-0587,   LVNV Funding LLC, C/O Resurgent Capital,
             P.O. Box 10587,   Greenville, SC 29603-0587
516462417   EDI: RESURGENT.COM Mar 13 2017 23:13:00    LVNV Funding LLC, C/O Resurgent Capital Services,
             P.O. Box 10587,   Greenville, SC 29603-0587

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Mar 13, 2017
                              Form ID: 3180W           Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514559864         EDI: RESURGENT.COM Mar 13 2017 23:13:00      LVNV Funding, LLC its successors and assigns as,
                   assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
514329992         EDI: RMSC.COM Mar 13 2017 23:08:00      Lowe’s,    P.O. Box 530914,   Atlanta, GA   30353-0914
514329993         EDI: RMSC.COM Mar 13 2017 23:08:00      Old Navy,    P.O. Box 530942,   Atlanta, GA   30353-0942
515978486         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                   Norfolk, VA 23541
515978487         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                   Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
514535913         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
514549859         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Dicks Sporting Goods,    POB 41067,   Norfolk VA 23541
514551391         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Jc Penney Credit Card,    POB 41067,   Norfolk VA 23541
514549829         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                   POB 41067,    Norfolk VA 23541
514551297         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Old Navy,
                   POB 41067,    Norfolk VA 23541
514535945         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Paypal Smart Connect,    POB 41067,   Norfolk VA 23541
514535920         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Qcard,
                   POB 41067,    Norfolk VA 23541
514571746         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,    c/o Sony,
                   POB 41067,    Norfolk VA 23541
514549909         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Tjx Rewards Platinum Mastercard,    POB 41067,   Norfolk VA 23541
514536042         EDI: PRA.COM Mar 13 2017 23:08:00      Portfolio Recovery Associates, LLC,
                   c/o Walmart Discover Card,    POB 41067,   Norfolk VA 23541
514784344        +EDI: PRA.COM Mar 13 2017 23:08:00      PRA Receivables Management, LLC,    POB 41067,
                   Norfolk, VA 23541,   PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
514784343        +EDI: PRA.COM Mar 13 2017 23:08:00      PRA Receivables Management, LLC,    POB 41067,
                   Norfolk, VA 23541-1067
514406074         EDI: Q3G.COM Mar 13 2017 23:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                   PO Box 788,    Kirkland, WA   98083-0788
514365704         EDI: Q3G.COM Mar 13 2017 23:08:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                   PO Box 788,    Kirkland, WA   98083-0788
514447493         EDI: Q3G.COM Mar 13 2017 23:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA   98083-0788
514329994         EDI: RMSC.COM Mar 13 2017 23:08:00      Qvc,    P.O. Box 530905,   Atlanta, GA   30353-0905
514329996         EDI: SEARS.COM Mar 13 2017 23:08:00      Sears,    P.O Box 183081,   Columbus, OH   43218-3081
514329995         EDI: SEARS.COM Mar 13 2017 23:08:00      Sears,    P.O Box 183082,   Columbus, OH   43218-3082
514329999         EDI: USBANKARS.COM Mar 13 2017 23:13:00      U.S. Bank,    P.O. Box 790408,
                   St Louis, MO   63179-0408
514330000         EDI: WFNNB.COM Mar 13 2017 23:08:00      Victoria Secret,    P.O. Box 659728,
                   San Antonio, TX   78265-9728
514330002         EDI: RMSC.COM Mar 13 2017 23:08:00      Walmart Discover Card,    P.O. Box 960024,
                   Orlando, FL   32896-0024
                                                                                               TOTAL: 50

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm             ##+Real Estate Mortgage Network, Inc.,    499 Thornall Street, Second Floor,
                 Edison, NJ 08837-2267
514561164      ##+Susquehanna Bank,    PO Box 639,   Maugansville, MD 21767-0639
514329998       ##Tractor Supply Credit Plan,    P.O. Box 183015,   Columbus, OH   43218-3015
                                                                                         TOTALS: 0, * 0, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Mar 13, 2017
                              Form ID: 3180W           Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Loss Mitigation    Real Estate Mortgage Network, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Freedom Mortgage Corporation dnj@pbslaw.org
              Seymour  Wasserstrum    on behalf of Debtor Sandra E Duran mylawyer7@aol.com,   ecf@seymourlaw.net
                                                                                             TOTAL: 8
```